No. 74–1070. REY *v.* TEXAS. Appeal from Ct. Civ. App. Tex., 8th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5898. COHEN *v.* MARSH ET AL. Appeal from D. C. Conn. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for consideration of question of mootness.